IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

MICHAEL RENE EVANS                                                    PLAINTIFF

      v.            Civil No. 08-5259

RHONDA BRADLEY                                                        DEFENDANT

O R D E R

Now on this 14th day of July, 2009, comes on for consideration the **Report And Recommendation Of The Magistrate Judge** (document #6), to which no objections have been made, and the Court, having carefully reviewed said Report And Recommendation, finds that it is sound in all respects, and that it should be adopted *in toto*.

**IT IS THEREFORE ORDERED** that the **Report And Recommendation Of The Magistrate Judge** is **adopted *in toto***.

**IT IS FURTHER ORDERED** that, for the reasons stated in the **Report And Recommendation Of The Magistrate Judge**, this matter is **dismissed without prejudice.**

**IT IS SO ORDERED.**

                                          /s/ Jimm Larry Hendren
                                         JIMM LARRY HENDREN
                                         UNITED STATES DISTRICT JUDGE